SECRET
U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
2026 SEP -9 P 4:59

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT SEGER | No. 1:26-cr-00100-SDN |

DEPUTY CLERK

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Possession of Child Pornography)

From a date unknown to the Grand Jury but no earlier than about October 1, 2023, to about November 14, 2025, in the District of Maine, the defendant

**ROBERT SEGER**

knowingly possessed material that contained child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in interstate and foreign commerce by any means, including by computer, and was produced using materials that had moved in interstate and foreign commerce. Specifically, images of child pornography the defendant possessed had been transmitted by computer and were possessed by the defendant in a laptop computer that was manufactured outside the State of Maine. It is further alleged that one or more images of the child pornography possessed by the defendant involved a prepubescent minor or a minor who had not attained 12 years of age.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2256(8)(A) and 2252A(b)(2).

**COUNT TWO**
**(Access with Intent to View Child Pornography)**

On about July 16, 2025, in the District of Maine, the defendant

**ROBERT SEGER**

knowingly accessed with intent to view material, namely, a Lenovo laptop computer, that contained an image or images of child pornography, as defined in Title 18, United States Code, Section 2256(8), such image or images having been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2256(8)(A) and 2252A(b)(2).

**COUNT THREE**
**(Access with Intent to View Child Pornography)**

On about May 25, 2025, in the District of Maine, the defendant

**ROBERT SEGER**

knowingly accessed with intent to view material, namely, a Lenovo laptop computer, that contained an image or images of child pornography, as defined in Title 18, United States Code, Section 2256(8), such image or images having been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2256(8)(A) and 2252A(b)(2).

## PRIOR CONVICTION ALLEGATION

The defendant Robert Seger has one or more prior final convictions under Title 18, United States Code, Chapter 110. On about June 3, 1999, judgment was entered against Rober Seger following conviction for Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B), Distribution of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(2), Receipt of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(2), and Production of Child Pornography in violation of Title 18, United States Code, Section 2251(a), in the United States District Court for the District of Maine, Criminal Number 1:98-cr-00065. In 1999, judgment was entered against Robert Seger following conviction for Gross Sexual Assault and Sexual Abuse of a Minor, in the Superior Court for Penobscot County, Maine, Docket No. PEN-CR-98-630. Each of these prior convictions affects the penalty provision for Counts One, Two, and Three, pursuant to Title 18, United States Code, Section 2252A(b)(2).

## FORFEITURE NOTICE

Upon conviction of an offense alleged in Count One, Two, or Three of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, (1) any visual depiction or other matter containing such visual depiction or image of child pornography that was received or possessed as alleged in any count of this Indictment and (2) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense alleged in Count One, Two, or Three of this Indictment, including but not limited to:

a. One Lenovo laptop computer

Signature Redacted – Original on file with the Clerk's Office

Grand Jury Foreperson

Date: 9/9/26

(Assistant) United States Attorney