SECRET

## SYNOPSIS

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
2026 SEP -9 P 4: 59

1:26-cr-00100-SDN

| | |
|---|---|
| **Name:** | Robert Seger |
| **Address: (City & State Only)** | Eddington, Maine |
| **Year of Birth and Age:** | 1959/66 |
| **Violation:** | **Count One:** Possession of child pornography depicting a child under 12, 18 U.S.C. § 2252A(a)(5)(B)<br>**Counts Two and Three:** Access with intent to view child pornography, 18 U.S.C. § 2252A(a)(5)(B) |
| **Penalties:** | **Count One:** If the defendant is found to have a prior qualifying conviction, not less than 10 years and not more than 20 years imprisonment, a fine of not more than $250,000, or a fine and prison; if any image of child pornography involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, not more than 20 years imprisonment, a fine of not more than $250,000, or a fine and prison; if the defendant does not have a qualifying conviction and the offense did not involve prepubescent minors or a minor who had not attained the age of 12, not more than 10 years of imprisonment, a fine of not more than $250,000, or a fine and prison. 18 U.S.C. § 2252A(b)(2); This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3).<br>**Counts Two and Three**: If the defendant is found to have a prior qualifying conviction, not less than 10 years and not more than 20 years imprisonment, a fine of not more than $250,000, or a fine and prison; if the defendant does not have a qualifying conviction, not more than 10 years of imprisonment, a fine of not more than $250,000, or a fine and prison. 18 U.S.C. § 2252A(b)(2); This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |

| | |
|---|---|
| **Supervised Release:** | **Counts One through Three:** Not less than five (5) years, not more than life, 18 U.S.C § 3583(k) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts One through Three:** Not more than two years; U.S.C. § 3583(e)(3); but if the Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than one (1) year can be imposed, the court shall revoke supervised release and impose a term of not less than five (5) years. (18 U.S.C. § 3583(k)). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts One through Three:** Any term of years or life less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | HSI, SA Shannon Farrar |
| **Detention Status:** | Warrant to Issue |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Penobscot |
| **AUSA:** | Chris Ruge |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | None |
| **Assessments:** | $100 per count; 18 U.S.C. § 3013(a)(2)(A) $5,000 special assessment per count; 18 U.S.C. § 3014; up to a $17,000 special assessment, per 18 U.S.C. 2259A(a)(1) |