**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT SEGER | No: 1:26-cr-00100-SDN |

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves a felony involving a minor victim.
2. Reasons for Detention:

    The Court should detain the defendant because there are no other conditions of release which will reasonably assure the defendant's appearance as required and Safety of any other person and the community.

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because there is probable cause to believe the defendant committed an offense specified in 18 U.S.C. §3142(e)(3) involving a minor victim.
4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of 3 days.
5. Length of Detention Hearing. The United States will require one hour or less to present its case for detention.

Date: September 11, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

By: */s/Chris Ruge*
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street
Bangor, ME 04401
(207) 945-0373
Chris.Ruge@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2026, I electronically filed the Government's Motion for Detention with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to all parties of record.

ANDREW B. BENSON
United States Attorney

By: */s/Chris Ruge*
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street
Bangor, ME 04401
(207) 945-0373
Chris.Ruge@usdoj.gov